# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| JANE DOE C.H., an individual,<br><br>*Plaintiff(s)*<br>v.<br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; SCOTT JONES, an individual;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
The Church of Jesus Christ of Latter-day Saints  
c/o Corporate Agent Services, LLC  
36 S. State St. Suite 1900  
Salt Lake City, UT 84111  

Scott Jones  
521 China St.  
Pahrump, NV 89048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margot P. Cutter (SBN 16514)  
CUTTER LAW P.C.  
195 U.S. Highway 50  
Zephyr Cove, NV 89448  
Telephone: 916-290-9400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____

*Signature of Clerk or Deputy Clerk*