Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant The Church of Jesus
Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE C.H., an individual,, <br><br> Plaintiff, <br><br> v. <br><br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; SCOTT JONES, an individual; and DOES 3-25, inclusive,, <br><br> Defendants. | Case No. 2:26-cv-00123-JAD-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DEADLINE TO FILE RESPONSIVE PLEADING AND RESPONSE TO MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM** <br><br> **(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant The Church of Jesus Christ of Latter-day Saints ("Church") and Plaintiff Jane Doe C.H. (collectively "Parties"), by and through their undersigned counsel of record, stipulate as follows:

1.      On January 20, 2026, Plaintiff filed a Complaint alleging four causes of action against the Church. *See* ECF No. 1. Also on January 20, 2026, Plaintiff filed a Motion for Leave to Proceed Under a Pseudonym ("Motion"). *See* ECF No. 3.

2.      The Church was served with the Complaint and Motion on February 6, 2026.

3.      To allow the Church adequate time to prepare its responsive pleading and response to the Motion, Plaintiff and the Church therefore stipulate and agree to extend the Church's deadline

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

to file a responsive pleading from February 27, 2026 to March 29, 2026 and a response to the Motion from February 20, 2026 to March 29, 2026.

4.     This is the first stipulation for an extension of time for the Church to file a responsive pleading and a response to the Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, with the permission of the Court, the Church's deadline to respond to Plaintiff's Complaint and Motion shall be March 29, 2026.

Dated this 23rd day of February, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
    Pat Lundvall (NSBN 3761)
    Rory T. Kay (NSBN 12416)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

CUTTER LAW P.C.

By: */s/ Margot P. Cutter*
    Margot P. Cutter (SBN 16514)
    195 U.S. Highway 50
    Zephyr Cove, NV 89448

    Sara D. Beller (*pro hac vice forthcoming*)
    Matthew A. Dolman (*pro hac vice forthcoming*)
    R. Stanley Gipe (*pro hac vice forthcoming*)
    DOLMAN LAW GROUP
    800 N. Belcher Road
    Clearwater, FL 33765

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 24, 2026 _____

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

2