**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com
*Attorneys for Defendant,*
*Scott Jones*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE C.H., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; SCOTT JONES, an individual; and DOES 3-25, inclusive,<br><br>Defendants. | Case No.:   2:26-cv-00123-JAD-BNW |

## STIPULATION AND ORDER TO EXTEND DEFENDANT SCOTT JONES' DEADLINE TO FILE RESPONSIVE PLEADING AND RESPONSE TO MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Scott Jones ("Jones") and Plaintiff Jane Doe C.H. (collectively "Parties"), by and through their undersigned counsel of record, stipulate as follows:

1. On January 20, 2026, Plaintiff filed a Complaint against Jones. *See* ECF No. 1.

2. On January 20, 2026, Plaintiff filed a Motion for Leave to Proceed Under a Pseudonym ("Motion"). *See* ECF No. 3

3. Jones was served with the Complaint on February 12, 2026.

4. To allow recently retained counsel for Jones adequate time to prepare its responsive pleading and respond to the Motion, Plaintiff and Jones stipulate and agree to extend Jones' deadline to file a responsive pleading and response to the Motion to March 29, 2026, which is the

same responsive date previously extended to co-defendant The Church of Jesus Christ of Latter-Day Saints to file a responsive pleading and respond to the Motion.

5.    This is the first stipulation for an extension of time for Jones to file a responsive pleading and a response to the Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, with the permission of the Court, Jones' deadline to respond to Plaintiff's Complaint and Motion shall be March 29, 2026.

IT IS SO STIPULATED.

DATED this 6th day of March 2026.            DATED this 6th day of March 2026.

**BECKSTROM & BECKSTROM, LLP**            **CUTTER LAW, PC**


By: /s/   James A. Beckstrom            By: /s/   Margot P. Cutter
    James A. Beckstrom, Esq.                Margot P. Cutter, Esq.
    Nevada Bar No. 14032                    Nevada Bar No. 16514
    400 So. 4th Street, Suite 650           195 U.S. Highway 50
    Las Vegas, Nevada 89101                 Zephyr Cove, Nevada 89448
    jb@beckstromlaw.com                     mcutter@cutterlaw.com

    *Attorney for Defendant,*               **DOLMAN LAW GROUP**
    *Scott Jones*                           Sara D. Beller (*pro hac vice forthcoming*)
                                            Matthew A. Dolman (*pro hac vice forthcoming*)
                                            R. Stanley Gipe (*pro hac vice forthcoming*)
                                            800 N. Belcher Road
                                            Clearwater, Florida 33765
                                            matt@dolmanlaw.com
                                            stan.gipe@dolmanlaw.com
                                            sara.beller@dolmanlaw.com
                                            *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: __March 10, 2026_____.

Page 2 of 2