Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant The Church of Jesus
Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE C.H., an individual,, <br><br> Plaintiff, <br><br> v. <br><br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; SCOTT JONES, an individual; and DOES 3-25, inclusive,, <br><br> Defendants. | Case No. 2:26-cv-00123-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> **(First Request)** <br><br> ECF No. 24 |

This stipulation concerns a request for an extension of time for Defendant The Church of Jesus Christ of Latter-day Saints ("Church") to file a reply in support of its Motion to Dismiss ("Motion"), filed March 27, 2026, ECF No. 21. Pursuant to Local Rules IA 6-1 and 7-1, the Church and Plaintiff Jane Doe C.H. (collectively "Parties"), by and through their undersigned counsel of record, stipulate as follows:

1. On January 20, 2026, Plaintiff filed a Complaint alleging four causes of action against the Church. *See* ECF No. 1.

2. The Parties stipulated, and the Court ordered, that the Church's time to file a response to the Complaint would be extended until March 29, 2026. *See* ECF No. 14. The Church filed its Motion on March 27, 2026. ECF No. 21.

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

3.    Plaintiff filed her Response in Opposition to the Church's Motion on April 10, 2026. ECF No. 23.

4.    To allow the Church adequate time to prepare its reply in support of the Motion, Plaintiff and the Church therefore stipulate and agree to extend the Church's deadline to file the reply from April 17, 2026 to May 1, 2026.

5.    This is the first stipulation for an extension of time for the Church to file a reply in support of its Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, with the permission of the Court, **the Church's deadline to file a reply in support of its Motion shall be May 1, 2026.**

Dated this 16th day of April, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
    Pat Lundvall (NSBN 3761)
    Rory T. Kay (NSBN 12416)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

CUTTER LAW P.C.

By: */s/ Sara D. Beller*
    Margot P. Cutter (NSBN 16514)
    195 U.S. Highway 50
    Zephyr Cove, NV 89448

    Sara D. Beller (admitted *pro hac vice*)
    Matthew A. Dolman (admitted *pro hac vice*)
    R. Stanley Gipe (admitted *pro hac vice*)
    DOLMAN LAW GROUP
    800 N. Belcher Road
    Clearwater, FL 33765

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
April 17, 2026

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966