Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant The Church of Jesus Christ of Latter-day Saints*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE C.H., an individual,,<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; SCOTT JONES, an individual; and DOES 3-25, inclusive,,<br><br>Defendants. | Case No. 2:26-cv-00123-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>[ECF No. 33] |

This stipulation concerns a request for an extension of time for Defendant The Church of Jesus Christ of Latter-day Saints ("Church") to file a motion to dismiss the First Amended Complaint, ECF No. 31, and for Plaintiff Jane Doe C.H. to file an opposition to the Church's forthcoming motion to dismiss. Pursuant to Local Rules IA 6-1 and 7-1, the Church and Plaintiff (collectively "Parties"), by and through their undersigned counsel of record, stipulate as follows:

1. On October 30, 2026, Plaintiff filed a First Amended Complaint ("FAC"). ECF No. 31.

2. To allow the Church adequate time to prepare its motion to dismiss the FAC, Plaintiff and the Church stipulate and agree to extend the Church's deadline to file the motion to dismiss from November 13, 2026 to November 30, 2026.

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

3. Further, to allow Plaintiff adequate time to prepare her opposition to the Church's motion to dismiss the FAC, Plaintiff and the Church stipulate and agree to extend Plaintiff's deadline to file an opposition to the Church's motion to dismiss the FAC to December 28, 2026.

4. This is the first stipulation for an extension of time for the Church to file a motion to dismiss the FAC and for Plaintiff to file an opposition to the Church's motion to dismiss the FAC.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, with the permission of the Court, the Church's deadline to file a motion to dismiss the FAC shall be November 30, 2026, and Plaintiff's deadline to file an opposition to the Church's motion to dismiss the FAC shall be December 28, 2026.

Dated this 13th day of November, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

CUTTER LAW P.C.

By: */s/ Sara D. Beller*
Margot P. Cutter (NSBN 16514)
195 U.S. Highway 50
Zephyr Cove, NV 89448

Sara D. Beller (admitted *pro hac vice*)
Matthew A. Dolman (admitted *pro hac vice*)
R. Stanley Gipe (admitted *pro hac vice*)
DOLMAN LAW GROUP
800 N. Belcher Road
Clearwater, FL 33765

*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation [ECF No. 33] and with good cause appearing, **the Church's motion to dismiss is due on November 30, 2026, and plaintiff's response is due December 28, 2026.**

U.S. District Judge Jennifer A. Dorsey
November 19, 2026